# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ANDREY LYABAKH,<br><br>                Petitioner,<br><br>      v.<br><br>ICE FIELD OFFICE DIRECTOR and<br>BRUCE SCOTT,<br><br>                Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:26-cv-01899-TL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is GRANTED. It is hereby

ORDERED:

Respondent and all their officers, agents, employees, attorneys, and persons acting on their

behalf or in concert with them:

    (1)      SHALL release Petitioner from detention **within twenty-four (24) hours** under

                 appropriate conditions of release;

(2)      SHALL submit to the Court, **within forty-eight (48) hours** of Petitioner's release from detention, a declaration or status report confirming that Petitioner has been released from custody and informing the Court of the date and time of his release.

Dated July 1, 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk